Andrew W. Caine (State Bar No. 110345)
Jeffrey P. Nolan (State Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: acaine@pszjlaw.com
       jnolan@pszjlaw.com

Attorneys for Defendant,
Brighton Management, LLC

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>URBAN COMMONS LLC,<br><br>    Debtor. | Case No.: 2:21-bk-13523-ER |
| CAROLYN A. DYE, Chapter 7 Trustee,<br><br>    Plaintiff,<br><br>vs.<br><br>BRIGHTON MANAGEMENT, LLC,<br><br>    Defendant. | Adv. No.: 2:23-ap-01195-ER<br><br>**STIPULATION EXTENDING DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>**Status Conference:**<br>Date:    August 22, 2023<br>Time:    10:00 AM<br>Place:    Courtroom 1568<br>           255 E. Temple Street<br>           Los Angeles, CA 90012<br>Judge:   Hon. Ernest M. Robles |

DOCS_LA:350259.2 68700/001

Carolyn A. Dye, the Chapter 7 Trustee for Urban Commons, LLC, ("Plaintiff"), and Brighton Management, LLC ("Defendant") (and collectively, the "Parties") enter into this stipulation based upon the following facts:

1. Plaintiff filed this adversary case on June 18, 2023 (the "Complaint").

2. The current deadline for Defendant to respond to the Complaint is July 27, 2023 (the "Response Deadline").

3. The parties desire to extend the date by which Defendant must respond to the Complaint in order to allow time for Defendant to retain counsel and to pursue informal discussions that will obviate the need for the time and expense of litigation over this matter.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE to extend the Response Deadline through and including August 25, 2023.

Date: August 2, 2023            PENA & SOMA, APC

By _____
Leonard Peña

Attorneys for Plaintiff, Carolyn A. Dye, Chapter 7 Trustee.

Dated: August 4, 2023           PACHULSKI STANG ZIEHL & JONES LLP

By    /s/ Jeffrey P. Nolan
Andrew W. Caine
Jeffrey P. Nolan

Attorneys for Defendant, Brighton Management, LLC

DOCS_LA:350259.2 68700/001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION EXTENDING DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 4, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Carolyn A Dye (TR)**    trustee@cadye.com, c197@ecfcbis.com;atty@cadye.com
- **Leonard Pena**    lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **August 4, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 4, 2023 | Rolanda Mori | /s/ *Rolanda Mori* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                             **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:350404.1 10814/001