

FILED & ENTERED

OCT 24 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bryant     DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>URBAN COMMONS LLC AND<br>RICHARD B GERDTS,<br><br><br>                              Debtor(s). | CASE NO.:    2:21-bk-13523-WB<br>ADV NO.:     2:23-ap-01195-WB<br><br>CHAPTER 7<br><br><br>**ORDER SETTING STATUS CONFERENCE** |
| CAROLYN A DYE,<br><br>                         Plaintiff(s),<br><br>           vs.<br><br>BRIGHTON MANAGEMENT, LLC,<br><br>                        Defendant(s). | Date:       December 5, 2023<br>Time:       2:00 PM<br>Place:      255 E. Temple Street<br>             Courtroom 1375<br>             Los Angeles, CA 90012 |

**IT IS HEREBY ORDERED** that a status conference in the above-referenced adversary proceeding is set for **December 5, 2023 at 2:00 p.m.**  A status report must be filed in accordance with the Local Bankruptcy Rules.

###

Date: October 24, 2023

*Julia W Brand*

Julia W. Brand
United States Bankruptcy Judge