**FILED & ENTERED**

**OCT 31 2023**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY** gonzalez **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>URBAN COMMONS LLC<br><br>                                    Debtor(s). | CASE NO.:   2:21-bk-13523-WB<br>ADV NO.:     2:23-ap-01195-WB<br><br>CHAPTER 7 |
| CAROLYN A DYE,<br><br>                                    Plaintiff(s),<br><br>vs.<br><br>BRIGHTON MANAGEMENT, LLC,<br><br>                                    Defendant(s). | **AMENDED ORDER SETTING STATUS CONFERENCE**<br><br>Date:      December 5, 2023<br>Time:     2:00 PM<br>Place:     255 E. Temple Street<br>              Courtroom 1375<br>              Los Angeles, CA 90012 |

-1-

**IT IS HEREBY ORDERED** that a status conference in the above-referenced adversary proceeding is set for **December 5, 2023 at 2:00 p.m.**  A status report must be filed in accordance with the Local Bankruptcy Rules.

###

Date: October 31, 2023

Julia W. Brand
United States Bankruptcy Judge