1  LEONARD PEÑA (State Bar No. 192898)
2  lpena@penalaw.com
   PEÑA & SOMA, APC
3  479 South Marengo Ave.
   Pasadena, California 91101
4  Telephone (626) 396-4000
5  Facsimile (626) 498-8875

6  Counsel for
   Plaintiff Carolyn A. Dye

**FILED & ENTERED**

**JAN 06 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:21-bk-13523 WB |
| URBAN COMMONS, LLC, | Chapter 7 |
| CAROLYN A. DYE, Chapter 7 Trustee, | Adv. No. 2:23-ap-01195 WB |
| Plaintiff, | ORDER APPROVING SECOND STIPULATION EXTENDING DISCOVERY DEADLINE AND CONTINUING PRETRIAL CONFERENCE |
| v. | |
| BRIGHTON MANAGEMENT, LLC | <u>Pretrial Conference Hearing</u>: |
| | Date: January 7, 2025 |
| | Time: 2:00 PM |
| Defendant. | Place: 255 E. Temple St. |
| | Los Angeles CA 90012 |
| | Ctrm: 1375 |

The Third Stipulation By Plaintiff Carolyn A. Dye, Chapter 7 Trustee and Defendant Brighton Management, LLC extending discovery deadline and continuing pretrial conference ("Stipulation") filed on January 3, 2025 as docket number 28 was duly presented to the court.

-1-

1    For good cause appearing, it is ORDERED that, the
2 Stipulation and all its terms are approved the discovery
3 deadline is extended to and including March 31, 2025 and the
4 pretrial conference is rescheduled to ***April 22***, 2025 at ***2:00***
5 ***p.m***. ***The hearing set for January 7, 2025 at 2:00 p.m. is off***
6 ***calendar.***
7                                                          ###

Date: January 6, 2025

Julia W. Brand
United States Bankruptcy Judge