United States Bankruptcy Court

Central District of California

Dye,

    Plaintiff

Brighton Management, LLC,

    Defendant

Adv. Proc. No. 23-01195-WB

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 06, 2025 | Form ID: pdf031 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + Brighton Management, LLC, 20342 SW Acacia Street, Newport Beach, CA 92660-1702 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | Email/Text: trustee@cadye.com | Jan 07 2025 00:19:00 | Carolyn A. Dye, Law Office of Carolyn A. Dye, 15030 Ventura Blvd. Ste. 527, Sherman Oaks, CA 91403 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carolyn A Dye (TR) | trustee@cadye.com  c197@ecfcbis.com;atty@cadye.com |
| Jeffrey P Nolan | on behalf of Defendant Brighton Management  LLC jnolan@pszjlaw.com |
| Leonard Pena | on behalf of Plaintiff Carolyn A. Dye lpena@penalaw.com  penasomaecf@gmail.com;penalr72746@notify.bestcase.com |

District/off: 0973-2                              User: admin                                        Page 2 of 2

Date Rcvd: Jan 06, 2025                          Form ID: pdf031                                    Total Noticed: 2

United States Trustee (LA)

        ustpregion16.la.ecf@usdoj.gov

TOTAL: 4

1  LEONARD PEÑA (State Bar No. 192898)
   lpena@penalaw.com
2  PEÑA & SOMA, APC
   479 South Marengo Ave.
3  Pasadena, California 91101
   Telephone (626) 396-4000
4  Facsimile (626) 498-8875
5
6  Counsel for
   Plaintiff Carolyn A. Dye

**FILED & ENTERED**

**JAN 06 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez  DEPUTY CLERK**

**CHANGES MADE BY COURT**

7
8                  UNITED STATES DISTRICT COURT
9                 CENTRAL DISTRICT OF CALIFORNIA
10                     LOS ANGELES DIVISION
11
12
   In re:                        ) Case No. 2:21-bk-13523 WB
13                               )
   URBAN COMMONS, LLC,           )  Chapter 7
14                               )
                                 )
15 CAROLYN A. DYE, Chapter 7     )
   Trustee,                      )  Adv. No. 2:23-ap-01195 WB
16                               )
           Plaintiff,            )  ORDER APPROVING SECOND
17                               )  STIPULATION EXTENDING
   v.                            )  DISCOVERY DEADLINE AND
18                               )  CONTINUING PRETRIAL CONFERENCE
                                 )
19 BRIGHTON MANAGEMENT, LLC      )  Pretrial Conference Hearing:
                                 )  Date:  January 7, 2025
20                               )  Time:  2:00 PM
                                 )  Place: 255 E. Temple St.
21         Defendant.            )         Los Angeles CA 90012
                                 )  Ctrm:  1375
22                               )
                                 )
23
24      The Third Stipulation By Plaintiff Carolyn A. Dye, Chapter
25 7 Trustee and Defendant Brighton Management, LLC extending
26 discovery deadline and continuing pretrial conference
27 ("Stipulation") filed on January 3, 2025 as docket number 28
28 was duly presented to the court.

                                -1-

1    For good cause appearing, it is ORDERED that, the

2    Stipulation and all its terms are approved the discovery

3    deadline is extended to and including March 31, 2025 and the

4    pretrial conference is rescheduled  to  ***April 22***, 2025 at ***2:00***

5    ***p.m***. ***The hearing set for January 7, 2025 at 2:00 p.m. is off***

6    ***calendar.***

7                      ###

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Date: January 6, 2025

Julia W. Brand
United States Bankruptcy Judge

26

27

28

-2-