| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Leonard Peña<br>Peña & Soma, APC<br>1003 Diamond Ave<br>South Pasadena, CA 91030<br>192898CA<br>Tel.:626.396.4000 Fax.:626.498-8875<br>lpena@penalaw.com<br><br>☑ *Attorney for* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br><br><br>Debtor(s),<br><br><br><br>Plaintiff(s),<br><br>vs.<br><br><br><br>Debtor(s). | CHAPTER 7<br>CASE NUMBER<br><br>☑ ADVERSARY NUMBER (if applicable)<br>☑ See attached list for multiple cases that require an update to the attorneys information |
|---|---|

## NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM
(See page 2 for additional requirements)

The following information must be provided:

I, __Leonard Peña_____, __192898CA_____, __lpena@penalaw.com_____
   *Name*                                  *Bar ID Number*                    *E-Mail Address*

☐ am **counsel of record** or
☐ **out-of-state attorney** in the above-entitled cause of action for the following party(s) *(single case)*

_____
_____

☑ am **counsel of record** or
☐ **out of state attorney** on all cases listed as an attachment to this form *(multiple cases)*

and am requesting the following change(s):

**PROVIDE ONLY THE INFORMATION THAT HAS CHANGED**

Attorney Name changed to_____
New Firm/Government Agency Name_____
New Address _1003 Diamond Ave, Suite 202, South Pasadena, CA 91030_____
New Telephone Number_____ New Facsimile Number _____
New E-Mail Address_____

Notice of Change of Address or Law Firm

(September 2009)

SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:

☑ **TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:**
    ☑ I am providing the new information above pursuant to Local Rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

❏ **TO BE TERMINATED FROM THE CASE:**\*\*
    ❏ I am, or
    ❏ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action and/or all cases listed on the attachment.

**Note**: Attorneys for parties are **never** deleted from a case in order to maintain historical data.

**CHECK ONE BOX**
    ❏ The order relieving me/the aforementioned attorney from my firm was entered on:_____
    ❏ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who is/are counsel of record in this case.
    ❏ I am, or
    ❏ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

\*\*This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, *Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated in this action.

Dated: 06/20/2025                                /S/ Leonard Peña
                                                                     Signature of Present Attorney

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** MUST BE FILED PURSUANT TO LBR 2090-1(b).

PLEASE NOTE: CM/ECF users must file this *Notice of Change of Address or Law Firm* separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1. Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases. The court will update the case information once filed.

[2:23-ap-01195-WB Dye v. Brighton Management, LLC](#)

[2:23-ap-01197-WB Dye v. ASAP Property Holdings INC.](#)

[2:23-ap-01213-WB Dye v. DBO Investments Bar, LLC](#)

[2:23-ap-01243-WB Dye v. Hilton Domestic Operating Company, Inc.](#)

[2:23-ap-01254-WB Dye v. Fan](#)

[2:23-ap-01256-WB Dye v. Wu](#)

[2:23-ap-01257-WB Dye v. Nextera, LLC](#)

[2:23-ap-01261-WB Dye v. Wu Yang](#)

[2:23-ap-01263-WB Dye v. Teng](#)

[2:23-ap-01266-WB Dye v. Chang](#)

[2:23-ap-01273-WB Dye v. Myyrylainen](#)

[2:23-ap-01302-WB Dye v. FWREF Nashville Airport, LLC, a Delaware limited l](#)

[2:23-ap-01490-NB Dye v. Redjal](#)

[2:23-ap-01493-NB Dye v. Redjal et al](#)